SO ORDERED.

Dated: September 15, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20247/9041915901

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Roberto A. Lopez and Consuelo M. Lopez<br>      Debtors.<br>_____<br>Downey Savings and Loan Association, F.A. U.S Bank National Association, Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, FA.<br><br>      Movant,<br>  vs.<br><br>Roberto A. Lopez and Consuelo M. Lopez, Debtors, Jill H. Ford, Trustee.<br><br>      Respondents. | No. 2:09-BK-13344-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #17) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 14, 2005 and recorded in the office of the Maricopa County Recorder wherein Downey Savings and Loan Association, F.A. U.S Bank National Association, Successor in interest to

the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, FA. is the current beneficiary and Roberto A. Lopez and Consuelo M. Lopez have an interest in, further described as:

> Lot 35, ANTHEM UNIT 51, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded as Book 643, page 27.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT